## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    Plaintiff,<br><br>    v.<br><br><br><br>Antonio CANDIDO-Filho,<br><br><br><br>    Defendant. | Magistrate Docket No. '21 MJ01337<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 18, USC 111(a)(1) Assault on a Federal Officer (Felony) |

The undersigned complainant being, duly sworn, states:

On or about April 8, 2021, within the Southern District of California, defendant, Antonio CANDIDO-Filho, intentionally, and forcibly assaulted, a person named in 18 U.S.C. Section 1114, to wit, Department of Homeland Security, Customs and Border Protection, United States Border Patrol, Border Patrol Agent S. Jaramillo, while Border Patrol Agent Jaramillo was engaged in and on account of the performance of his official duties, such acts involving physical contact with Border Patrol Agent Jaramillo, in violation of 18 USC, 111(a)(1).

            SIGNATURE OF COMPLAINANT
            Wesley Cornue
            Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON APRIL 9, 2021.

            HON. MITCHELL D. DEMBIN
            United States Magistrate Judge

CONTINUATION OF COMPLAINT:
Antonio CANDIDO-Filho,

## PROBABLE CAUSE STATEMENT

The complainant states that Jonathan Willian GONCALVES-Amaral, is a citizen of a country other than the United States; that said alien has admitted that he is deportable; that his testimony is material, that it is impracticable to secure his attendance at the trial by subpoena; and he is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On April 6, 2021, Border Patrol Agent K. Jimenez was conducting assigned duties in the Chula Vista Border Patrol Station's area of responsibility. At approximately 10:30 AM, Agent Jimenez encountered and arrested a group of individuals, including one later identified as the defendant Antonio CANDIDO-Filho.

On April 8, 2021, Border Patrol Agent D. Correia was assigned to the Chula Vista Border Patrol Station's Advanced Processing Unit. Agent Correia was conducting assigned duties at the Chula Vista Border Patrol Station and was processing CANDIDO's case. Agent Correia was trying to call CANDIDO's point of contact in the United States. Supervisory Border Patrol Agent J. Petras was in the Chula Vista Station's detention and processing facility when he observed CANDIDO, standing to the side of Agent Correia. Agent Petras instructed Agent Correia, to reposition CANDIDO to the other side of the desk, as this was a potential safety issue. As Agent Correia began to move CANDIDO, he informed Agent Petras that CANDIDO had been acting uncooperative, and bizarre. At this time CANDIDO attempted to run from the processing area. Border Patrol Agent A. Albarran blocked the doorway CANDIDO was attempting to run through and assisted Agent Correia with escorting CANDIDO to a nearby bench seat.

Once CANDIDO was sitting down, he kept trying to stand up and was making verbal threats towards Agent Correia. Agent Petras suggested getting a restraining chair. When the chair arrived, CANDIDO stood up calmly but suddenly attempted to dive head-first onto the concrete floor. Agents Correia and Border Patrol Agent S. Jaramillo guided CANDIDO onto the chair with the assistance of Agent Petras. CANDIDO proceeded to resist and fight. Agent Correia held on to his left arm and was able to partially restrain CANDIDO's arm onto the chair. Agent Jaramillo was attempting to restrain CANDIDO's legs. CANDIDO was throwing several kicks at the time and almost struck Agent Correia in the face. Agent Correia was unable to restrain the left leg and called for more help. The altercation continued, and Agent Correia told CANDIDO that he was going to deploy an Electronic Control Weapon (ECW) if he did not stop fighting and resisting. CANDIDO proceeded to fight, and kicked Agent Jaramillo with full

**CONTINUATION OF COMPLAINT:**
Antonio CANDIDO-Filho,

force in the groin. Agent Correia immediately deployed the (ECW) and delivered three drive stuns to subdue CANDIDO. After the (ECW) was used, the agents were able to successfully restrain CANDIDO.

Material Witness Jonathan Willian GONCALVES-Amaral stated that CANDIDO was acting normal the day before, but when he woke up in the morning, CANDIDO was acting weird. GONCALVES stated that CANDIDO started accusing the men in the cell of talking about him. GONCALVES stated that no one was talking about CANDIDO and he did not know what made him think that.